ELIZABETH A. WILSON, INDIVIDUALLY AND AS EXECU-
TRIX OF THE ESTATE OF EDWARD C. WILSON, PLAIN-
TIFF-PETITIONER, v. KELLEHER MOTOR FREIGHT
LINES, INC., DEFENDANT-RESPONDENT.

*Mr. Herbert J. Kenarik* for the petitioner.

*Messrs. Emory, Langan & Lamb* and *Mr. Arthur J. Blake*
for the respondent.

January 19, 1953.   Granted.

BENJAMIN WAX, PLAINTIFF-PETITIONER, v. WILLIAM
ALTSHULER, DEFENDANT-RESPONDENT.

See same case below: 22 *N. J. Super.* 229.

*Mr. Arthur Minuskin* and *Mr. Edward H. Saltzman* for
the petitioner.

*Mr. Martin Krugman* and *Mr. Archibald Kreiger* for the
respondent.

January 19, 1953.   Granted.